UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

| | | |
|---|---|---|
| PrimeStreet Corp. | § § | Case No. 01-11573-FJB |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR), OBJECTION/RESPONSE DEADLINE AND HEARING DATE

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Kathleen Dwyer</u>, trustee of the above styled estate, has filed a final report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The trustee's complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

The following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the Court at the address above on or before **December 6, 2016, at 4:30 PM** and serve a copy of the objection(s) upon the trustee, any party whose application is being challenged, and the United States Trustee.

### HEARING

A hearing on the fee applications and any objection to the Final Report will be held On **December 13, 2016, at 9:30 AM** in Courtroom #3, 12th floor at the John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, MA 02109-3945. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay the applications and dividends pursuant to FRBP 3009 without further order of the Court.

If no objections are timely filed, the court at its discretion may cancel the hearing.

Date Mailed:  November 7, 2016            By   James Lavalley
                                                                                 Deputy Clerk

cc:    Kathleen P. Dwyer

       MacLean Holloway
       Doherty 8 Essex Center
       Drive Peabody, MA  01960

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: PRIMESTREET CORP. | § Case No. 01-11573-FJB |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,438,992.28 |
| *and approved disbursements of* | $ 274,272.20 |
| *leaving a balance on hand of* [1] | $ 1,164,720.08 |
| **Balance on hand:** | $ 1,164,720.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,164,720.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathleen P. Dwyer, Chapter 7 Trustee | 66,419.77 | 0.00 | 66,419.77 |
| Trustee, Expenses - Kathleen P. Dwyer, Chapter 7 Trustee | 7,771.27 | 0.00 | 7,771.27 |
| Attorney for Trustee, Fees - MacLean Holloway Doherty, P.C. | 33,411.98 | 0.00 | 33,411.98 |
| Attorney for Trustee, Expenses - MacLean Holloway Doherty, P.C. | 1,737.05 | 0.00 | 1,737.05 |
| Accountant for Trustee, Fees - Steven A. Gabovitch | 8,895.00 | 0.00 | 8,895.00 |
| Fees, United States Trustee | 250.00 | 0.00 | 250.00 |
| Other Expenses: EFTPS (Federal 941 Tax - Employer Portion) | 542.93 | 0.00 | 542.93 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| Other Expenses: EFTPS - Federal 940 Tax | 42.58 | 0.00 | 42.58 |
| Other Expenses: Massachusetts Department of Unemployment Assistance | 793.87 | 0.00 | 793.87 |

Total to be paid for chapter 7 administration expenses:  $   119,864.45
Remaining balance:  $   1,044,855.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: INTERNAL REVENUE SERVICE (Claim No. 94) | 0.00 | 0.00 | 0.00 |
| Other Expenses: IRS/Insolvency Group (Claim No. 102) | 7,029.63 | 0.00 | 7,029.63 |
| Other Expenses: MASS DEPARTMENT OF REVENUE (Claim No. 17) | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:  $   7,029.63
Remaining balance:  $   1,037,826.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,456.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Massachusetts Department of Revenue | 20,456.00 | 0.00 | 20,456.00 |
| 24 | Colorado DEPT OF LABOR & EMPLOYMENT | 1,003.12 | 0.00 | 1,003.12 |
| 49 | PATRICK KELLY | 1,185.00 | 0.00 | 1,185.00 |
| 57 | ELENI VARITIMOS | 353.68 | 0.00 | 353.68 |
| 60 | JEFF CLARK | 1,258.48 | 0.00 | 1,258.48 |
| 77 | IRS/Insolvency Group | 0.00 | 0.00 | 0.00 |
| 90A | CYNTHIA PRATT | 4,300.00 | 0.00 | 4,300.00 |
| 103 | IRS/Insolvency Group | 7,900.67 | 0.00 | 7,900.67 |

Total to be paid for priority claims:  $   36,456.95
Remaining balance:  $   1,001,369.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 2,605,787.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | POSTERNAK BLACKSTEIN & LUND LLP | 7,791.20 | 0.00 | 2,994.06 |
| 3 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 34,533.03 | 0.00 | 13,270.59 |
| 4 | CDW COMPUTER CENTERS INC | 4,269.87 | 0.00 | 1,640.85 |
| 5 | CORPORATEL | 0.00 | 0.00 | 0.00 |
| 6 | THOMSON FINANCIAL PUBLISHING | 825.30 | 0.00 | 317.15 |
| 7 | BENNETT JONES | 0.00 | 0.00 | 0.00 |
| 9 | THOMAS REID | 5,814.49 | 0.00 | 2,234.43 |
| 10 | JEFF CLARK | 0.00 | 0.00 | 0.00 |
| 11 | CORPORATE EXPRESS | 134.56 | 0.00 | 51.71 |
| 12 | KATHY APPUHN | 270.00 | 0.00 | 103.76 |
| 13 | PETER DONLON | 0.00 | 0.00 | 0.00 |
| 14 | MASS DEPARTMENT OF REVENUE | 456.00 | 0.00 | 175.23 |
| 15 | Sapient Corp | 1,084,867.00 | 0.00 | 416,899.83 |
| 16 | HUB GLASS SERVICES INC. | 0.00 | 0.00 | 0.00 |
| 18 | MAHON COMMUNICATIONS CORP. | 4,703.39 | 0.00 | 1,807.45 |
| 19 | WALSHLCOCHIS ASSOCIATES INC. | 0.00 | 0.00 | 0.00 |
| 20 | GNOMON COPY | 4,025.91 | 0.00 | 1,547.10 |
| 21 | HR CONSULTING OUTSOURCING | 0.00 | 0.00 | 0.00 |
| 22 | LINKSHARE CORPORATION | 6,331.11 | 0.00 | 2,432.96 |
| 23 | MILK STREET CAFE | 800.99 | 0.00 | 307.81 |
| 26 | RICHARD MITRANO | 0.00 | 0.00 | 0.00 |
| 27 | BENNETT JONES | 0.00 | 0.00 | 0.00 |
| 28 | TORYS - ATTN ACCOUNTS RECEIVABLE | 70,371.92 | 0.00 | 27,042.98 |
| 29 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 49,706.75 | 0.00 | 19,101.64 |

UST Form 101-7-NFR (10/1/2010)

| 30 | HILL KNOWLTON | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 31 | LIGHTDESIGN | 1,595.00 | 0.00 | 612.94 |
| 32 | RICHARD FOLTYNEWICZ | 11,985.54 | 0.00 | 4,605.88 |
| 33 | KATHY APPUHN | 270.00 | 0.00 | 103.76 |
| 34 | ATLANTIC DECISIONS INC. | 59,752.89 | 0.00 | 22,962.23 |
| 35 | THOMAS REID | 0.00 | 0.00 | 0.00 |
| 36 | GOLDMAN SACHS CO. | 35,641.35 | 0.00 | 13,696.49 |
| 37 | ASSOCIATED BAG COMPANY | 484.83 | 0.00 | 186.31 |
| 38 | STEVEN GUNDERSON | 162.59 | 0.00 | 62.48 |
| 39 | SEAN PHILPOTT | 630.00 | 0.00 | 242.10 |
| 40 | INTERNATIONAL STRATEGY | 2,400.00 | 0.00 | 922.29 |
| 41 | METROPOLITAN TELEPHONE | 5,645.48 | 0.00 | 2,169.48 |
| 42 | MANCHEL ASSOCIATES | 1,125.00 | 0.00 | 432.32 |
| 43 | THE BAY TOWER | 346.42 | 0.00 | 133.12 |
| 44 | POWERHOUSE TRAINING CONSULTING | 1,186.10 | 0.00 | 455.80 |
| 45 | INOTECH SOLUTIONS INC. | 77,717.98 | 0.00 | 29,865.98 |
| 46 | GUNDERSON DETTMER ATTORNEYS | 24,937.86 | 0.00 | 9,583.28 |
| 47 | RAK OLD SOUTH ASSOC. LP | 0.00 | 0.00 | 0.00 |
| 48 | SKYLINK LIMOUSINE SERVICE | 1,319.20 | 0.00 | 506.95 |
| 50 | JAMES PSICHOS | 990.63 | 0.00 | 380.69 |
| 51 | EARTHLINK INC. | 1,271.39 | 0.00 | 488.58 |
| 52 | COSI SANDWICH BAR | 0.00 | 0.00 | 0.00 |
| 53 | HR CONSULTING OUTSOURCING | 35,408.50 | 0.00 | 13,607.01 |
| 54 | WALSHLCOCHIS ASSOCIATES INC. | 7,856.00 | 0.00 | 3,018.96 |
| 55 | ROYAL BANK VENTURE MANAGEMENT | 0.00 | 0.00 | 0.00 |
| 56 | BELLSOUTH REGIONAL | 140.91 | 0.00 | 54.15 |
| 58 | HILL KNOWLTON | 0.00 | 0.00 | 0.00 |
| 59 | MIKE FOREMAN | 0.00 | 0.00 | 0.00 |
| 61 | CORPORATE EXPRESS | 134.56 | 0.00 | 51.71 |
| 62 | ADVANTAGE OFFICE SOLUTIONS | 2,654.00 | 0.00 | 1,019.90 |
| 63 | CORPORATEL | 0.00 | 0.00 | 0.00 |
| 64 | USANET | 667.09 | 0.00 | 256.35 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 65 | SS BOSTON CONSTRUCTION | 493,738.00 | 0.00 | 189,736.89 |
| 66 | KENNISON ASSOCIATES INC. | 1,214.41 | 0.00 | 466.68 |
| 67 | GRACE SOFTWARE MARKETING SERVICES | 14,000.00 | 0.00 | 5,380.01 |
| 68 | CYNTHIA PRATT | 0.00 | 0.00 | 0.00 |
| 69 | Aetna, Inc. | 0.00 | 0.00 | 0.00 |
| 70 | SOUPER SALAD | 581.48 | 0.00 | 223.45 |
| 71 | INTERNATIONAL STRATEGY | 0.00 | 0.00 | 0.00 |
| 74 | DUNCAN ROSS | 5,183.55 | 0.00 | 1,991.97 |
| 75 | JAMES PSICHOS | 0.00 | 0.00 | 0.00 |
| 76 | OMNICOM CONSULTING GROUP INC. | 48,539.11 | 0.00 | 18,652.93 |
| 78 | HOTJOBSCOM | 1,400.00 | 0.00 | 538.00 |
| 79 | LENDING TREE INC. | 20,000.00 | 0.00 | 7,685.73 |
| 80 | VICTOR A. DENARO AND ASSOCIATES | 23,935.80 | 0.00 | 9,198.21 |
| 81 | ADVANCE STORAGE TRANS | 4,335.50 | 0.00 | 1,666.07 |
| 82 | TONY RINALDO | 981.60 | 0.00 | 377.22 |
| 83 | JOHN HILLIS | 0.00 | 0.00 | 0.00 |
| 84 | COMPANY STUFF | 3,500.30 | 0.00 | 1,345.12 |
| 85 | THOMAS PITKIN | 149.00 | 0.00 | 57.26 |
| 86 | GOLDMAN SACHS AND COMPANY | 35,641.35 | 0.00 | 13,696.49 |
| 87 | CITICORP ELECTRONIC COMMERCE | 62,500.00 | 0.00 | 24,017.91 |
| 88 | BENCHMARK HR SOLUTIONS INC. | 6,795.65 | 0.00 | 2,611.48 |
| 89 | GUNDERSON DETTMER ATTORNEYS | 18,011.53 | 0.00 | 6,921.59 |
| 90 | CYNTHIA PRATT | 29,533.00 | 0.00 | 11,349.14 |
| 91 | JO ANNE WADE | 2,204.86 | 0.00 | 847.30 |
| 92 | ALAN RODGERS | 72,969.66 | 0.00 | 28,041.26 |
| 93 | CHARLES L. LAMBERT | 4,632.05 | 0.00 | 1,780.03 |
| 95 | RBC INSURANCE | 863.20 | 0.00 | 331.72 |
| 96 | VERIZON | 1,786.07 | 0.00 | 686.36 |
| 97 | BLANC OTUS | 118,163.24 | 0.00 | 45,408.55 |
| 98 | Arlene Greene. | 81,666.00 | 0.00 | 31,383.15 |
| 100 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 652.00 | 0.00 | 250.55 |
| 101 | Books24x7.com, Inc. | 3,585.00 | 0.00 | 1,377.67 |

UST Form 101-7-NFR (10/1/2010)

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,001,369.05 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 25,412.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IOS CAPITAL | 17,822.93 | 0.00 | 0.00 |
| 72 | EXODUS COMMUNICATION | 7,590.00 | 0.00 | 0.00 |
| 73 | ROYAL BANK VENTURE MANAGEMENT | 0.00 | 0.00 | 0.00 |
| 99 | IOS CAPITAL | 0.00 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/Kathleen P. Dwyer

Kathleen P. Dwyer
MacLean Holloway Doherty
8 Essex Center Drive
Peabody, MA  01960
(978) 774-7123
kdwyer@mhdpc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**